**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01269-CV

**TIFFANY LYNN FRASER, Appellant**

**V.**

**TIMOTHY PURNELL, AS INDEPENDENT EXECUTOR, ESTATE OF TOMMY ARTHUR PURNELL, DECEASED, Appellee**

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-11-927-1**

## ORDER

We **GRANT** appellee's April 27, 2014 second motion to extend time to file brief and **ORDER** the brief be filed no later than May 27, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE